AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Mark Moe, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:23-cv-01460-JCH |
| The Hotchkiss School ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Hotchkiss School

Date:   01/24/2024

*Attorney's signature*

Andrew Cashmore (NYBar No. 5243084)
*Printed name and bar number*

Ropes & Gray LLP
800 Boylston Street
Boston MA, 02199

*Address*

andrew.cashmore@ropesgray.com
*E-mail address*

(617) 235-4088
*Telephone number*

(617) 235-0412
*FAX number*