UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK MOE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>THE HOTCHKISS SCHOOL,<br><br>Defendant. | Civil Action No.: 3:23-cv-01460-JCH |

**NOTICE OF PLAINTIFF MARK MOE'S VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mark Moe hereby gives notice of the voluntary dismissal of his claims, with prejudice and without costs, in the above-captioned matter, no defendant having served an answer or a motion for summary judgment. Having settled his claims with the defendant in the above-captioned matter, Plaintiff Mark Moe respectfully requests that the Court enter an order closing the case.

-2-

Dated: July 22, 2024  /s/ Annika K. Martin

Annika K. Martin (*pro hac vice*)
akmartin@lchb.com
Avery S. Halfon (*pro hac vice*)
ahalfon@lchb.com
Patrick I. Andrews (*pro hac vice*)
pandrews@lchb.com
Benjamin A. Trouvais (*pro hac vice*)
btrouvais@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Glenn A. Duhl #03644
gduhl@zcclawfirm.com
Zangari Cohn Cuthbertson Duhl & Grello P.C.
59 Elm Street, Suite 400
New Haven, CT 06510
Telephone: (203) 789-0001
Facsimile: (203) 782-2766

*Attorneys for Plaintiff Mark Moe*

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2024, a copy of the foregoing NOTICE OF PLAINTIFF MARK MOE'S VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Annika K. Martin*